IN THE UNITED DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

| | |
|---|---|
| CAPRICE L. SMALLEY, | ) |
| | ) |
| Plaintiff, | ) |
| VS. | ) Civ. A. No. 5:24-cv-97-DCB-ASH |
| | ) |
| SOUTH PIKE SCHOOL DISTRICT, | ) |
| | ) |
| Defendant. | ) |

## PLAINTIFF'S COMPLAINT FOR EMPLOYMENT DISCRIMINATION

COMES NOW, Plaintiff, CAPRICE L. SMALLEY, by and through counsel, filing this *Compliant for Employment Discrimination* in the above styled action against Defendant, South Pike School District, for relief from Retaliation in violation of Title VII of the Civil Rights Act of 1964, as amended ("Title VII"), and would show unto this Honorable Court the following:

### I.   PARTIES

1. Plaintiff, Caprice L. Smalley (hereinafter "" Mr. Smalley), is an adult resident of Lamar County, Mississippi and is a citizen of the United States and Mississippi.

2. South Pike School District, (hereinafter "SPHS"), is a political subdivision of the State of Mississippi whose principal place of business is in Pike County, Mississippi.

### II.   JURISDICTION AND VENUE

3. This suit is authorized and instituted pursuant to Title VII of the CIVIL RIGHTS ACTS of 1964, as amended, 42 U.S.C.§§ 2000, et seq.; THE CIVIL RIGHTS ACT OF 1866, 42 U.S.C. § 1981, 42 U.S.C. § 1983; and the FIRST and FOURTEEHTH Amendments of the UNITED STATES CONSTITUTION. Jurisdiction is proper in this court because the actions giving rise to this complaint all happened in this jurisdiction.

All defendant's live in or maintains offices in this jurisdiction.

### III.    EXHAUSTION OF ADMINISTRATIVE REMEDIES

4. Plaintiff timely filed charges of discrimination with the United States Equal Employment Opportunity Commission ("EEOC") on or about June 28, 2024, the EEOC issued Mr. Smalley's Notice of Suit Rights.

5. Mr. Smalley has timely filed this action and has complied with all administrative prerequisites to bring about this lawsuit.

### IV.    FACTUAL ALLEGATIONS

6. At all times material to this action, Mr. Smalley was employed by South Pike School District.

7. Mr. Smalley began his employment with Defendant South Pike School District in the fall of 2020.

8. In September of 2022, Mr. Smalley expressed to the school board his concerns regarding the staffing practices of the superintendent.

9. He complained that the superintendent was moving teachers from his school to elsewhere in the school district, and that this was contributing to a crippling shortage of educators at the school where Mr. Smalley was the principal.

10. Mr. Smalley filed a charge of discrimination with the EEOC on or about October 18, 2022.

11. It was after Mr. Smalley filed his charge of discrimination with the EEOC that he first realized he was being treated harshly and unfairly by the superintendent.

12. Smalley's mandatory once-a-month meetings with the superintendent were shortened from about an hour to only thirteen minutes.

13. The superintendent began to make baseless accusations questioning Smalley's integrity, accusing him of having others complete important work assignments.

14. Further, the district began to scrutinize Mr. Smalley's 9-weeks test scores.

15. The superintendent ultimately adversely effected Mr. Smalley's employment by not renewing his contract.

16. The superintendent chose not to renew Smalley's contract even though Smalley had never been written-up, never been on an action plan, and never been on a specified plan of improvement.

17. Mr. Smalley avers that his mistreatment as an employee and non-renewal was a direct result of retaliation, and all other reasons provided are a pretext.

### Retaliation Based Discrimination in violation of § 1981

18. Mr. Smalley alleges and incorporates each of the factual allegations stated in paragraphs 1 through 17 above.

19. 42 U.S.C. § 1981 guarantees that all persons shall have the right to make and enforce contracts, including employment contracts free from all forms of discrimination on the basis of race and national origin. Section 1981 also prohibits retaliation against individuals who make complaints about racial discrimination in the creation and/or enforcement of contracts, including contracts for terms and conditions of employment.

20. The right to be free from retaliation in employment and retaliation for assertion of one's civil rights were both clear and well-established rights, known to each of the Defendants in this action throughout the time period of the allegations of this Complaint.

21. Mr. Smalley had a reasonable basis in law and fact and a federally protected right to file his complaints against Defendants before the EEOC.

22. Although he had a history of positive performance evaluations, Mr. Smalley continued to be reprimanded. This reprimanding was motivated in whole or in part by his claim of discrimination with the EEOC.

23. Defendants' unlawful actions were intentional, willful, malicious, and/or done with reckless disregard to Mr. Smalley's right to be free from discrimination based on retaliation.

24. The behavior by the above listed individuals occurred when the Defendant was acting within the scope of their employment. Defendants' retaliatory practices have caused Mr. Smalley's harm, including severe emotional distress and lost wages.

### PRAYER FOR RELIEF

WHISEFORE, Plaintiff prays for relief as follows:

1. For a declaration that Defendants' actions, policies, and practices as alleged herein are unlawful;

2. For lost wages and all compensation denied or lost to Mr. Smalley by reason of Defendants' unlawful actions, in an amount to be proven at trial;

3. For compensatory damages for Mr. Smalley's emotional pain and suffering, in an amount to be proven at trial;

4. For liquidated damages;

5. For interest on lost wages, compensation, and damages, including pre- and post-judgment interest and an upward adjustment for inflation;

6. For an order enjoining Defendants from engaging in the unlawful acts complained of herein;

7. For reasonable attorneys' fees and costs of suit; and

8. For such other and further relief as this Court deems just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff demands a jury trial on all causes of action and claims to which he has a right to a jury trial.

Respectfully submitted this the 23 day of September 2024.

PLAINTIFF CAPRICE L. SMALLEY

_____

ROD G. HICKMAN, MSB 105527
HICKMAN FONDREN, PLLC
2829 Jefferson Street
Post Office Box 149
Macon, Mississippi 39341
Office: 601-202-1185
rod@hickmanfondren.com

*Attorney for Plaintiff CAPRICE L. SMALLEY*